AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 26, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JOHN-MICHAEL DURHAM and PENNY JUNE SHELTON

*Plaintiff*

v.

WASHINGTON STATE DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES; COURT APPOINTED SPECAL ADVOCATE; CHILD PROTECTIVE SERVICES; FAMILY IMPACT NETWORK, a Washington Nonprofit Corporation; SERVICES ALTERNATIVES INC., a Washington Corporation; FRONTIER BEHAVIORIAL HEALTH, a Washington Nonprofit Corporation; CARING HEARTS SOCIAL SERVICES, INC., a Washington Nonprofit Corporation; and ENCOMPASSES FAMILY SERVICES, LLC, a Washington Limited Liability Company

*Defendant*

Civil Action No. 2:24-CV-0340-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court Order at ECF No. 28, Defendants' Motions to Dismiss (ECF Nos. 7, 8) are GRANTED. Plaintiffs' Complaint (ECF No. 1) is DISMISSED without prejudice.
Judgment is entered for Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice.

Date: 11/26/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony